

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:15-CR-164-GMN-(NJK) |
| ) | |
| BRIAN CAVANAUGH, ) | |
| ) | |
| Defendant. ) | |

### FINAL ORDER OF FORFEITURE

The United States District Court for the District of Nevada entered an Amended Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2) and Title 18, United States Code, Section 2253(a)(1) and (a)(3) based upon the plea of guilty by defendant BRIAN CAVANAUGH to the criminal offense, forfeiting the property set forth in the Plea Agreement and the Forfeiture Allegations of the Criminal Information and shown by the United States to have the requisite nexus to the offense to which defendant BRIAN CAVANAUGH pled guilty. Criminal Information, ECF No. 3; Plea Agreement, ECF No. 6; Change of Plea, ECF No. 9; Amended Preliminary Order of Forfeiture, ECF No. 12.

This Court finds the United States of America published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from July 25, 2015, through August 23, 2015, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 13.

///

1  This Court finds no petition was filed herein by or on behalf of any person or entity and the
2  time for filing such petitions and claims has expired.
3  This Court finds no petitions are pending with regard to the assets named herein and the time
4  for presenting such petitions has expired.
5  THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,
6  title, and interest in the property hereinafter described is condemned, forfeited, and vested in the
7  United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.
8  32.2(c)(2); Title 18, United States Code, Section 2253(a)(1) and (a)(3); and Title 21, United States
9  Code, Section 853(n)(7) and shall be disposed of according to law:

1. Dell Laptop SN (4VGX101) with power cord;
2. Compaq Laptop bearing SN (1V88BY44R0SY);
3. Dell Laptop SN (TW03018R128001280564);
4. (31) misc Hard drives;
5. (279) CD/DVDs;
6. Compaq PC SN (CNH4360156);
7. (7) USB Thumb drives;
8. (8) SD cards;
9. (1) Compaq Flash memory card;
10. (1) Black Kodak Camera bearing SN (KCT6X7123437U) with inserted SD Card;
11. (1) Blue colored Samsung Galaxy SIII SN (990003449856851 w/SD card;
12. (1) Sabrent external Hard drive;
13. (1) Black colored HP PC tower bearing SN (MX81420BPZ);
14. (1) Silver PC bearing SN (050802577);
15. (1) Silver PC bearing SN (050802567); and
16. (1) Silver PC bearing SN (050802568).

///

1   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds,
2 including but not limited to, currency, currency equivalents, certificates of deposit, as well as any
3 income derived as a result of the United States of America's management of any property forfeited
4 herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.
5   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of
6 this Order to all counsel of record.
7   DATED this 11 day of February, 2016.

_____
UNITED STATES DISTRICT JUDGE

3